# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 531 WAL 2016

                                            :

              Respondent        :

                                            :   Petition for Allowance of Appeal from

                                            :   the Order of the Superior Court

              v.                      :

                                            :

                                          :

JASON MICHAEL FRAZIER,         :

                                            :

             Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.